1555 TYLER (Sheriff) vs. BOARD OF SUPERVISORS (Oceana), No. 12917, 93 M., 449.

To compel the allowance of relator's bill for service rendered in serving a requisition.

Denied November 18, 1892, with costs.

The answer alleged that a third party undertook to pay and did pay relator for his expenses and services, and relator proceeded to a hearing without framing an issue.

Held, that the answer must be taken as true; Merrill vs. County Treasurer, 61 M., 95 (1447); Murphy vs. Township Treasurer, 56 M., 505 (1417); Hickey vs. Supervisors, 62 M., 100 (1530); Post vs. Township Board, 63 M., 324 (1249).

A motion was afterwards made and granted March 8, 1893, to re-open case and frame issues; the issues were settled and sent down for trial March 11, 1893.

1556 CITY OF GRAND RAPIDS vs. BOARD OF SUPERVISORS (Kent), 40 M., 481.

To compel respondent to audit and allow certain accounts presented to the city for police justices' and police officers' fees.

Granted, without costs, April 9, 1879.